**2003–0441.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1944.

**2003–0442.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1937.

**2003–0443.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1945.

**2003–0444.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1938.

**2003–0445.   DAK, PLL v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1939.

**2003–0579.   State ex rel. Green v. Indus. Comm.**
Franklin App. No. 02AP–394, 2003-Ohio-1180.

**2003–0583.   State ex rel. Buckley v. Indus. Comm.**
Franklin App. No. 02AP–498, 2003-Ohio-667.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2003–0138.   State ex rel. Ameen v. Indus. Comm.**
Franklin App. No. 02AP–128, 2002-Ohio-6744.